No. 90–8333. BROOKS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–8334. FIELDS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–8335. FOUNTAIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8336. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–8337. EZEALA v. ESTES, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–8338. YOUNGER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–8340. ALVARADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8342. BERKOWITZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–8343. STANLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–8344. TYLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8345. WARREN v. RISON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–8346. MANTILLA CASTRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8347. ALEXANDER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–8348. ROSAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8349. SANDERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.